UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

VANESSA MARTINEZ,
    Plaintiff,

v.                                                       Cause No. 3:23-cv-00244

G & G ENTERTAINMENT, LLC
    d/b/a MONA
    a/k/a MONA BAR OF MODERN ART, and
ROSEWOOD EPTX, LLC
    d/b/a ROSEWOOD BAR,
    Defendant.

<u>PLAINTIFF'S ORIGINAL COMPLAINT AND JURY DEMAND</u>

TO THE UNITED STATES DISTRICT COURT:

    This case involves theft of wages by employers, business owners, whom have wrongfully and illegally withheld an employees pay after work was performed and after demand for payment was made by the employee, repeatedly, but was ignored. Plaintiff Vanessa Martinez ("Employee Martinez" or "Plaintiff"), now complains of Defendants G & G Entertainment, LLC d/b/a MONA a/k/a Mona Bar of Modern Art ("Employer Mona") and Rosewood EPTX, LLC d/b/a Rosewood Bar ("Employer Rosewood") (jointly "Defendants"), and respectfully shows the Court and jury as follows:

I. PARTIES

1.     Plaintiff Vanessa Martinez is a natural person residing in El Paso, Texas.

2.     Defendant G & G Entertainment, LLC d/b/a MONA a/k/a Mona Bar of Modern Art is a Texas limited liability company which may be served with process by serving its registered agent, Mario Alfaro, at 221 N. Kansas, Suite 700, El Paso, Texas 79901, or wherever he may be found.

3.     Defendant Rosewood EPTX, LLC d/b/a Rosewood Bar is a Texas limited liability

company which may be served with process by serving its registered agent, Enrique G. Garza Guerrero, at 1900 Gus Moran, El Paso, Texas 79936, or wherever he may be found.

## II. JURISDICTION

4. Jurisdiction is proper in this Honorable Court based on federal question jurisdiction.

## III. FACTUAL CHRONOLOGY

5. Employers must compensate employees for all hours worked to protect employees from financial losses and emotional trauma.

6. Employers <u>must not</u> retaliate against employees who complain of or oppose violations of the Fair Labor Standards Act to protect employees from financial losses and emotional trauma.

7. G & G Entertainment, LLC d/b/a MONA a/k/a Mona Bar of Modern Art is an employer.

8. Rosewood EPTX, LLC d/b/a Rosewood Bar is an employer.

9. Employers Mona and Rosewood must compensate employees for all hours worked to protect employees from financial losses and emotional trauma.

10. Employers Mona and Rosewood <u>must not</u> retaliate against employees who complain of or oppose violations of the Fair Labor Standards Act to protect employees from financial losses and emotional trauma.

11. On or about January 10, 2023, Employers Mona and Rosewood jointly hire an Employee as a bartender.

12. Employer Mona engages in interstate commerce by receiving shipments of goods and products, including alcohol products, chairs, tables and bar ware from other states.

13. Employer Mona engages in interstate commerce by accepting customers from other states.

14. Employer Mona engages in interstate commerce by selling goods and services to customers from other states.

15. Employer Mona engages in interstate commerce by advertising in other states.

16. Employer Mona engages in interstate commerce by advertising through a website which receives visitors from other states.

17. Employer Mona engages in interstate commerce by processing payments through interstate wires.

18. Employer Rosewood engages in interstate commerce by receiving shipments of goods and products from other states.

19. Employer Rosewood engages in interstate commerce by accepting customers from other states.

20. Employer Rosewood engages in interstate commerce by selling goods and services to customers from other states.

21. Employer Rosewood engages in interstate commerce by advertising in other states.

22. Employer Rosewood engages in interstate commerce by advertising through a website which receives visitors from other states.

23. Employer Rosewood engages in interstate commerce by processing payments through interstate wires.

24. From January 10, 2023 through February 3, 2023, Employer Mona assigns the Employee to work the following hours:

    a. Tuesday, January 10, 2023: Employers Mona and Rosewood require the Employee to attend training at Employer Mona for 1 hour;

    b. Saturday, January 14, 2023: Employers Mona and Rosewood require the Employee to work for 7 hours from 8:00 p.m. to 3:00 a.m.;

    c. Wednesday, January 18, 2023: Employers Mona and Rosewood require the Employee to attend a meeting at Employer Rosewood for 2 hours;

    d. Thursday, January 19, 2023: Employers Mona and Rosewood require the Employee to work for 7 hours from 7:30 p.m. to 2:30 a.m.;

    e. Friday, January 20, 2023: Employers Mona and Rosewood require the Employee to work for 7½ hours from 7:30 p.m. to 3:00 a.m.;

    f. Saturday, January 21, 2023: Employers Mona and Rosewood require the Employee to work for 7 hours from 8:00 p.m. to 3:00 a.m.;

    g. Thursday, February 2, 2023: Employers Mona and Rosewood require the Employee to work for 7 hours from 7:30 p.m. to 2:30 a.m.; and

    h. Friday, February 3, 2023: Employers Mona and Rosewood require the Employee to work for 7½ hours from 7:30 p.m. to 3:00 a.m.

25. From January 10, 2023 through February 3, 2023, Employer Mona agrees to pay the Employee $2.13 per hour plus the Employee's tips.

26. But from January 10, 2023 through February 3, 2023, **Employer Mona refuses to pay the Employee her hourly wage**, and is consistently late in paying the Employee her tips received through credit card payments.

27. Beginning on or about February 4, 2023, Employers Mona and Rosewood assign the Employee to work at both Employer Mona and Employer Rosewood.

28. From February 4, 2023 through March 27, 2023, Employers Mona and Rosewood assign the Employee to work the following hours at both Employer Mona and Employer Rosewood:

    a. Saturday, February 4, 2023: Employers Mona and Rosewood require the Employee to work for 7 hours from 8:00 p.m. to 3:00 a.m.;

    b. Friday, February 10, 2023: Employers Mona and Rosewood require the Employee to work for 7½ hours from 7:30 p.m. to 3:00 a.m.;

    c. Saturday, February 11, 2023: Employers Mona and Rosewood require the

       Employee to work for 7 hours from 8:00 p.m. to 3:00 a.m.;

   d. Friday, February 17, 2023: Employers Mona and Rosewood require the Employee to work for 7½ hours from 7:30 p.m. to 3:00 a.m.;

   e. Saturday, February 18, 2023: Employers Mona and Rosewood require the Employee to work for 7 hours from 8:00 p.m. to 3:00 a.m.;

   f. Friday, March 10, 2023: Employers Mona and Rosewood require the Employee to work for 7½ hours from 7:30 p.m. to 3:00 a.m.;

   g. Saturday, March 11, 2023: Employers Mona and Rosewood require the Employee to work for 7 hours from 8:00 p.m. to 3:00 a.m.;

   h. Friday, March 17, 2023: Employers Mona and Rosewood require the Employee to work for 7½ hours from 7:30 p.m. to 3:00 a.m.;

   i. Saturday, March 18, 2023: Employers Mona and Rosewood require the Employee to work for 7 hours from 8:00 p.m. to 3:00 a.m.;

   j. Tuesday, March 21, 2023: Employers Mona and Rosewood require the Employee to work for 7 hours from 7:30 p.m. to 2:30 a.m.;

   k. Friday, March 24, 2023: Employers Mona and Rosewood require the Employee to work for 7½ hours from 7:30 p.m. to 3:00 a.m.; and

   l. Saturday, March 25, 2023: Employers Mona and Rosewood require the Employee to work for 7 hours from 8:00 p.m. to 3:00 a.m.

29. From February 4, 2023 through March 27, 2023, Employers Mona and Rosewood agree to pay the Employee $2.13 per hour plus the Employee's tips.

30. But from February 4, 2023 through March 27, 2023, **Employers Mona and Rosewood refuse to pay the Employee her hourly wage**, except for a single check, dated March 6, 2023, in the amount of $19.03. Employers Mona and Rosewood are also consistently late in paying the Employee her tips received through credit card payments.

31. From January 10, 2023 through March 27, 2023, on three separate occasions, Employers Mona and Rosewood's Manager Chris Spencer receives the Employee's in-person and good faith complaints about not receiving her hourly wage.

32. Every week from January 10, 2023 through March 27, 2023, Employers Mona and Rosewood's Manager Chris Spencer receives the Employee's weekly, in-person, and good faith complaints about Employers Mona and Rosewood's late payment of the Employee's tips.

33. After receiving the Employee's complaints about not receiving her hourly wage, Employers Mona and Rosewood continue to refuse to pay the Employee her hourly wage, and continue to pay tips late.

34. On March 27, 2023, Employers Mona and Rosewood terminate the Employee, as follows:

    a. On March 27, 2023, Employers Mona and Rosewood's Manager Chris Spencer receives a text message from the Employee discussing the Employee's work schedule. Manager Spencer refuses to respond to the Employee's message.

    b. On April 9, 2023, Employers Mona and Rosewood's Manager Chris Spencer receives a text message from the Employee, providing Spencer with the Employee's availability to work. Manager Spencer refuses to respond to the Employee's message, or to allow the Employee to return to work.

    c. On April 10, 2023, Employers Mona and Rosewood's Owner Enrique G. Garza Guerrero receives a text message from the Employee asking why Manager Spencer will not return the Employee's messages or assign the Employee hours to work. Owner Garza Guerrero responds to the Employee and states that he will "try and find out." Owner Garza Guerrero does not respond again to the Employee.

    d. On April 13, 2023, Employers Mona and Rosewood's Owner Enrique G. Garza Guerrero receives a text message from the Employee following up on the previous messages regarding Employers Mona and Rosewood not assigning the Employee hours to work. Owner Garza Guerrero refuses to respond to the Employee's message.

35. When Employers Mona and Rosewood terminate the Employee, Employers Mona and Rosewood owe the Employee her hourly rate for the following hours:

    a. Tuesday, January 10, 2023: 1 hour attending training at Employer Mona;

    b. Saturday, January 14, 2023: 7 hours from 8:00 p.m. to 3:00 a.m.;

    c. Wednesday, January 18, 2023: 2 hours attending a meeting at Employer Rosewood;

    d. Thursday, January 19, 2023: 7 hours from 7:30 p.m. to 2:30 a.m.;

    e. Friday, January 20, 2023: 7½ hours from 7:30 p.m. to 3:00 a.m.;

    f. Saturday, January 21, 2023: 7 hours from 8:00 p.m. to 3:00 a.m.;

    g. Thursday, February 2, 2023: 7 hours from 7:30 p.m. to 2:30 a.m.;

    h. Friday, February 3, 2023: 7½ hours from 7:30 p.m. to 3:00 a.m.;

    i. Saturday, February 4, 2023: 7 hours from 8:00 p.m. to 3:00 a.m.;

    j. Friday, February 10, 2023: 7½ hours from 7:30 p.m. to 3:00 a.m.;

    k. Saturday, February 11, 2023: 7 hours from 8:00 p.m. to 3:00 a.m.;

    l. Friday, February 17, 2023: 7½ hours from 7:30 p.m. to 3:00 a.m.;

    m. Saturday, February 18, 2023: 7 hours from 8:00 p.m. to 3:00 a.m.;

    n. Friday, March 10, 2023: 7½ hours from 7:30 p.m. to 3:00 a.m.;

    o. Saturday, March 11, 2023: 7 hours from 8:00 p.m. to 3:00 a.m.;

    p. Friday, March 17, 2023: 7½ hours from 7:30 p.m. to 3:00 a.m.;

    q. Saturday, March 18, 2023: 7 hours from 8:00 p.m. to 3:00 a.m.;

    r. Tuesday, March 21, 2023: 7 hours from 7:30 p.m. to 2:30 a.m.;

    s. Friday, March 24, 2023: 7½ hours from 7:30 p.m. to 3:00 a.m.; and

    t. Saturday, March 25, 2023: 7 hours from 8:00 p.m. to 3:00 a.m.

36. When Employers Mona and Rosewood terminate the Employee, Employers Mona and Rosewood additionally owe the Employee $67 in tips.

37. That Employee is Vanessa Martinez.

## IV. CAUSES OF ACTION

### A. Refusal to Pay Compensation in Violation of the FLSA.

38. For the reasons discussed *supra*, Employee Martinez qualifies as an employee under the Fair Labor Standards Act, 29 USC § 201 *et seq*. ("FLSA").

39. For the reasons discussed *supra*, Employer Mona qualifies as an employer under the Fair

Labor Standards Act, 29 USC § 201 *et seq.* ("FLSA") by engaging in interstate commerce.

40. For the reasons discussed *supra*, Employer Rosewood qualifies as an employer under the Fair Labor Standards Act, 29 USC § 201 *et seq.* ("FLSA") by engaging in interstate commerce.

41. In violation of the FLSA, Employers Mona and Rosewood do not pay Employee Martinez compensation for the hours to which Employee Martinez is entitled.

### B. Retaliation in Violation of the FLSA.

42. For the reasons discussed *supra*, Employee Martinez qualifies as an employee under the Fair Labor Standards Act, 29 USC § 201 *et seq.* ("FLSA").

43. For the reasons discussed *supra*, Employer Mona qualifies as an employer under the Fair Labor Standards Act, 29 USC § 201 *et seq.* ("FLSA") by engaging in interstate commerce.

44. For the reasons discussed *supra*, Employer Rosewood qualifies as an employer under the Fair Labor Standards Act, 29 USC § 201 *et seq.* ("FLSA") by engaging in interstate commerce.

45. Employers Mona and Rosewood terminate Employee Martinez from her employment because she institutes a complaint of actual or possible violations of the FLSA, 29 USC § 201 *et seq.*

46. Employers Mona and Rosewood retaliate against Employee Martinez in violation of FLSA section 15(a)(3), which leads to Employers Mona and Rosewood terminating Employee Martinez's employment.

## V. DAMAGES

47. As a direct and proximate result of Defendants' retaliation and conduct against Plaintiff, as described above, Plaintiff has suffered harms and losses. Plaintiff's harms and losses

include in the past and the future: lost wages and benefits, employment opportunities, lost income, loss of earning capacity, mental anguish, emotional pain and suffering, inconvenience, loss of enjoyment of life, and other non-pecuniary losses.

## VI. JURY DEMAND

48. Plaintiff requests that this case be decided by a jury as allowed by Federal Rule of Civil Procedure 38.

## VII. ATTORNEYS' FEES AND COSTS

49. Plaintiff is entitled to recover reasonable and necessary attorney's fees and costs under the FLSA, including any applicable expert fees.

## VIII. PRAYER

50. Plaintiff prays that she recover from Defendants, jointly and severally, statutory damages and actual damages, including but not limited to, past and future lost earnings, mental anguish and inconvenience, emotional pain and suffering, loss of enjoyment of life, bodily injury, pain and suffering, economic damages and benefits in the past and future, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, attorney fees and expert fees, court costs and all costs of suit and such other and further relief to which she may show herself to be justly entitled, in law and in equity.

**SIGNED** on June 23, 2023.

Respectfully submitted,

**CHAVEZ LAW FIRM**
2101 Stanton Street
El Paso, Texas 79902
(915) 351-7772

By: _/s/ Enrique Chavez, Jr._

**Enrique Chavez, Jr.**
enriquechavezjr@chavezlawpc.com
State Bar No.: 24001873
**Michael R. Anderson**
manderson@chavezlawpc.com
State Bar No.: 24087103
*Attorneys for Plaintiff*