### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | |
|---|---|
| VANESSA MARTINEZ, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CAUSE NO. EP-23-CV-244-KC |
| § | |
| G & G ENTERTAINMENT, LLC, d/b/a § | |
| MONA and ROSEWOOD EPTX, LLC, § | |
| d/b/a ROSEWOOD BAR, § | |
| § | |
| Defendants. § | |

## ORDER

On this day, the Court considered the case. On April 23, 2024, the parties informed the Court that they had reached a settlement. *See* Joint ADR Report, ECF No. 17. In response, the Court ordered that "unless the parties submit final closing papers **on or before May 24, 2024**, the Court will dismiss the case without costs and without prejudice to the rights of any party to move within thirty days thereafter to reopen if settlement has not, in fact, been consummated." Apr. 24, 2024, Order, ECF No. 18.

The May 24 deadline has now passed, and the parties have not submitted final closing papers. Accordingly, it is **ORDERED** that all of Plaintiff's claims in this case are **DISMISSED** without prejudice to the rights of any party to move to reopen **on or before June 28, 2024**, if settlement has not, in fact, been consummated.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 28th day of May, 2024.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE